# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA E. VASQUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOST INTERNATIONAL, INC. dba HMS HOST, a Delaware corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV 17-9266-GW(KSx)<br><br>[Hon. George H. Wu, Crtm. 9D]<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 25, 2017<br>Trial Date:　　March 11, 2019 |

　　The Court, having considered the Stipulation for Dismissal With Prejudice ("Stipulation") filed by the parties ("Parties") to the above-captioned action ("Action") and for good cause appearing, HEREBY ORDERS that the Stipulation is APPROVED. The Action is dismissed with prejudice effective as of the filing date of this Order.

　　IT IS SO ORDERED.

Dated: October 3, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE